UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LORA D. BUFFORD | CIVIL ACTION |
| VERSUS | |
| CLAYTON HOMES, ET AL | NO.: 13-448-BAJ |

## RULING AND ORDER

Before the Court is a **Motion to Remand (Doc. 2)**, filed by Plaintiff Lora D. Bufford, seeking an order from this Court remanding the above-captioned matter to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana. Defendants Clayton Homes, Clayton Homes of Gonzales, CMH Manufacturing, Inc., and JEBCO, Inc. (collectively "Defendants") oppose the motion. (Doc. 4.)

On January 14, 2014, United States Magistrate Judge Richard L. Bourgeois, Jr. issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that Plaintiffs' Motion to Remand be granted. (Doc. 5.)

After carefully considering Plaintiff's Motion to Remand, Defendants' Opposition to the Motion to Remand, the Magistrate Judge's Report and Recommendation, to which no objections have been filed, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report and Recommendation is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 5)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Twenty-third Judicial District Court, Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, March 12, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA